No. 99A979. DOE ET AL. v. OREGON ET AL. Ct. App. Ore. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 99M92. WEBB v. ATTORNEY GRIEVANCE COMMISSION OF MICHIGAN. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M93. TARVER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 128, Orig. ALASKA v. UNITED STATES. Motion for leave to file bill of complaint granted. The United States is allowed 60 days within which to file an answer.

No. 99–1178. SOLID WASTE AGENCY OF NORTHERN COOK COUNTY v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 7th Cir. [Certiorari granted, 529 U. S. 1129.] Motion of Cargill, Inc., for leave to file a brief as *amicus curiae* granted.

No. 99–9314. IN RE VARGAS;
No. 99–9607. IN RE TAYLOR; and
No. 99–9615. IN RE WILLIAMS. Petitions for writs of habeas corpus denied.

No. 99–8557. IN RE OTIS;
No. 99–8985. IN RE SNAVELY; and
No. 99–9380. IN RE ALBERT. Petitions for writs of mandamus denied.

No. 99–1692. IN RE MENSAH; and
No. 99–8733. IN RE AWOFOLU. Petitions for writs of mandamus and/or prohibition denied.

No. 99–1225. PARSONS CORP. ET AL. v. UNITED STATES EX REL. OLIVER. C. A. 9th Cir. Certiorari denied.

No. 99–1314. TEFEL ET AL. v. RENO, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.